IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTORIA MOORS,** *Individually and on behalf of a Class of Similarly Situated Persons* <br><br> **Plaintiff,** <br><br> v. <br><br> **INTEGON NATIONAL INSURANCE COMPANY** <br><br> **Defendant.** | CIVIL ACTION NO.  22-1516 |

## ORDER

**AND NOW,** this 29th day of March 2023, upon consideration of Defendant's Motion to Dismiss [Doc. No. 9], and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED with prejudice**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**